UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  20 CR 621 (LTS)

JUAN DE LA ROSA SANCHEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing proceeding in this case is hereby scheduled to proceed on **March 29, 2022,** at **10:00 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
       March 24, 2022

                                                                     _/s/ Laura Taylor Swain___
                                                                     LAURA TAYLOR SWAIN
                                                                     Chief United States District Judge